# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:15-cv-127-FDW-DCK

| | |
|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )      **ORDER** <br>) |
| HORACE PATTERSON., et. al, | )<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court *sua sponte* on the parties' failure to file a stipulation of dismissal. On June 10, 2016, the parties filed a notice of settlement, (Doc. No. 21), informing the Court that the parties had settled their claims at a mediation on June 3, 2016. That notice also stated that the parties would file a "formal stipulation of dismissal of all claims and counterclaims within 30 days of the date of this filing." (Doc. No. 21, p. 1). To date, no stipulation of dismissal has been filed, and the deadline for doing so has long expired.

IT IS THEREFORE ORDERED that this case is therefore DISMISSED.

IT IS SO ORDERED.

Signed: July 26, 2016

Frank D. Whitney
Chief United States District Judge