# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Nationwide Property & Casualty Insurance Company**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-127-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Horace Patterson., et. al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2016 Order.

July 26, 2016

_____

Frank G. Johns, Clerk
United States District Court